UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL SANTELLANO,

          Plaintiff,

   v.

MACY'S RETAIL STORE, et al.,

          Defendants.

                                                /

No. C 14-0054 NC (PR)

**ORDER OF DISMISSAL**

     Plaintiff, a California prisoner currently incarcerated at the Santa Clara County Jail and proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Court records indicate that plaintiff raised and is litigating the same claims in Case No. 13-4551 NC (PR). Accordingly, the instant action is DISMISSED as duplicative. See Adams v. Cal. Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007). The Clerk is directed to terminate all pending motions and close the file. No filing fee is due.

     IT IS SO ORDERED.

DATED:   January 16, 2014

                                          NATHANAEL M. COUSINS
                                          United States Magistrate